31752. VAUGHN, *alias* JAMES, *v.* FAIRLEY.

DECIDED OCTOBER 8, 1947.

*W. George Thomas,* for plaintiff in error.

*Barrett & Hayes,* contra.

TOWNSEND, J. (After stating the foregoing facts.) The trial court heard this case on all issues of both law and facts. The evidence, although in sharp conflict, was sufficient to have supported a finding in favor of either party. The judge, as fact-finding tribunal, found in favor of the defendant in error. The same judge heard the motion for new trial, and there, by overruling it, approved his previous findings of fact.

Where no error of law has been committed upon the trial, and the verdict, which has the approval of the trial judge, is supported by evidence, appellate courts will not interfere. *Davis* v. *Peek,* 43 *Ga. App.* 200 (8), *Chapman* v. *State,* 25 *Ga. App.* 239 (2), *Waters* v. *State,* 32 *Ga. App.* 416, *Adams* v. *State,* 34 *Ga. App.* 145 (5), and *Pilgrims Health & Life Insurance Co.* v. *Smith,* 41 *Ga. App.* 287 (2) (supra).

The judgment of the trial court overruling the motion for new trial is without error.

*Judgment affirmed. MacIntyre, P. J., and Gardner, J., concur.*